Maurice F. Simon, Appellant and Respondent, *v.* Noma Electric Corporation et al., Respondents and Appellants, et al., Defendants.

Submitted January 3, 1944; decided January 13, 1944.

*David J. Colton* and *Joseph Lieberman* for motion.

*Philip Warshaw* for Noma Electric Corporation, Air Conditioners Sales Corporation and Henri Sadacca, defendants, respondents and appellants.

Motion to dismiss appeal denied and substitution denied, without prejudice to an application to be made under section 578 of the Civil Practice Act. The court has no power to grant a motion substituting the next of kin.